STATE OF NEW JERSEY v. BRIAN MCCORMICK.

May 26, 1982.

Petition for certification denied.

ERNEST BRENDEL v. MIDLAND GLASS CO.

May 26, 1982.

Certification granted, and the judgment of the Appellate Division is summarily reversed and the order of the Superior Court, Law Division, Monmouth County, of October 10, 1980 is reinstated.

STATE OF NEW JERSEY v. HARVEY PATTERSON.

May 26, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ALONZO BROWN.

May 26, 1982.

Petition for certification denied.